# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY LOGAN JONES,
               Petitioner,

vs.

THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING; AND THE HONORABLE
JIM C. SHIRLEY, DISTRICT JUDGE,
               Respondents.

No. 74009

**FILED**

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se petition for a writ of mandamus seeking an order directing the district court to take action on petitioner's petition pending below.

On September 25, 2017, petitioner filed a motion to voluntarily dismiss the petition as moot. Having considered the motion, we grant petitioner's request, and we

ORDER the petition DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Jeffrey Logan Jones
Attorney General/Carson City
Pershing County Clerk

17-35124